UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STACI LYN CURLEE,

    **Plaintiff,**

v.                                                           **Case No.: 8:24-cv-01966-AAS**

**MARTIN O'MALLEY,**
**Commissioner of Social Security**
**Administration,**

    **Defendant.**
_____/

## ORDER

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 18). This request is unopposed. (*Id.*, p. 2).

The Commissioner requests remand with entry of judgment for these reasons:

> On remand, the Appeals Council will direct the administrative law judge (ALJ) to further evaluate the evidence of record; if necessary, give further consideration to Plaintiff's maximum residual functional capacity (RFC); obtain new vocational evidence regarding the effect of Plaintiff's RFC on the occupational base and further evaluate the step-five finding; and offer Plaintiff the opportunity for a new hearing, take further action to complete the administrative record resolving the above issue, and issue a new decision.

(*Id.*, p. 1). Section 405(g) of the Social Security Act provides "[t]he Court shall have power to enter, upon the pleadings and transcript of the record, a

judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Commissioner's unopposed motion for entry of judgment with remand (Doc. 18) is **GRANTED**. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and close the file.

**ENTERED** in Tampa, Florida, on January 15, 2025.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge